IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01868-RPM-BNB

KENT HODGES,

Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC, a Delaware limited liability company,

Defendant.

---

**ORDER**

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 10, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge