IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01868-RPM-BNB

KENT HODGES,

    Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC, a Delaware limited liability company,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, it is

    ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

    DATED: November 13th, 2008

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge